


U.S. POSTAGE PAID
FCM LG ENV
DALLAS, TX
75234
JUN 15, 22
AMOUNT
$18.56
R2304H107757-04

77002

1000

RE 018 074 043 US

UNITED STATES POSTAL SERVICE
REGISTERED MAIL™

Label 200, August 2005          PSN 7690-03-000-9311

4057 Riley Fuzzel Rd 500-219
Spring, TX  77386

UNITED STATES COURTHOUSE
CHRISTINA A BRYAN
515 Rusk Avenue
Houston, Texas 77002



RETURN RECEIPT
REQUESTED

**NOTICE TO AGENT IS NOTICE TO PRINCIPAL**
**NOTICE TO PRINCIPAL IS NOTICE TO AGENT**

To:   THE UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION
      Christina A Bryan
      515 Rusk Street
      Houston, TX 77002

From:  Leslie-Ann: Edrington, Secured Party
       3807 Oakfield Forest Lane
       Spring, TX 77386

**REGISTERED MAIL RE 018074043 US**

Date: 05/19/2022

RE: Case No.: 4:22-CR-33-S2

**NO CONTRACT / CEASE AND DESIST CRIMES AGAINST HUMANITY**

MS. BRYAN, YOU ARE UNDER SEVERE ADVISEMENT REGARDING MRS
EDRINGTON IS NOT IN THE JURISDICTION OF THE UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION AND CANCELING
ALL CONTRACTS THAT ARE CONSIDERED BY THE STATE OF TEXAS AND OR
FEDERAL JURISDICTION. EXHIBIT A

MRS EDRINGTON IS A SECURED PARTY CREDITOR AND IS SECURED IN
COMMERCIAL AFFAIRS. **TEXAS SECRETARY OF STATE U.C.C.1 FILE
NUMBER 00210051146707.**

**MRS EDRINGTON NEVER ACCEPTING ANY CONTRACTS TO INCLUDE
THE DEFENDANT CONTRACT IN CAUSE NUMBER 4:22-CR-33-S2.**

**ANY STATEMENTS OTHER THAN THIS ARE NOT SUPPORTED AND OR
ENFORCEABLE.**

**IMMEDIATELY TERMINATE MRS EDRINGTON FROM ANY ALLEGED
CONTRACTS IN THIS COURT.**

**BE ADVISED MRS EDRINGTON IS A PRISONER OF WAR AND WAR CRIMES PERPETRATED BY UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION REGARDING THIS CAUSE NUMBER 4:22-CR-33-S2.**

CRIMES AGAINST HUMANITY REGARDING THIS MATTER ARE FILED AND IT IS ADVISABLE TO STOP INCURRING LIABILITIES AS THEY **WILL NOT BE DEFERRED**.

Exhibit A: SPC JURISDICTION DETAILS
Exhibit B: Power of Attorney

**In God We Trust
In Honor,**

By: _____

Leslie Edrington, Authorized Rep for
**Leslie Edrington, Secured Party Creditor
(Texas Secretary of State U.C.C.1** 00210051146707)
U.C.C.1-308 Jus soli (of the soil)

by P.o.a. Leslie Edrington

**- Notice to Agent is Notice to Principal - Notice to Principal is Notice to Agent -**

**This 'notice of Cease and Desist should be taken under advisement. Notice**

Using a notary on this document does not constitute any adhesion, nor does it alter my status in any manner. The purpose for notary is verification and identification only and not for entrance into any foreign jurisdiction.

Texas            }
                 } ss.
Harris County    }

### JURAT

For verification only, on the 19th day of May , 2022, Leslie Edrington personally appeared before me and proved to me based on satisfactory evidence to be the person whose name is subscribed hereto and acknowledged to me that he executed the same.

Subscribed and affirmed before me this day,

Witness my hand and seal this 19th day for the month of May , in the year Two Thousand and Twenty-Two, A.D.

Signature of Notary _Penny A Cummings_

**Address of Notary**

224 W. Campbell Rd STE 218 Richardson, TX 75080

My Notary Expires 05-07-2024

SEAL



PENNY A. CUMMINGS
Notary Public, State of Texas
Comm. Expires 05-07-2024
Notary ID 132469309

# EXHIBIT A

Space above this line for recording purposes only

# LEGAL NOTICE AND DEMAND

## FIAT JUSTITIA, RUAT COELUM

*(Let right be done, though the heavens should fall)*



NON WAR POWERS

ACT FLAG

**To:** All State, Federal and International Public Officials,

## THIS IS A CONTRACT IN ADMIRALTY JURISDICTION

THIS TITLE IS FOR YOUR PROTECTION

**Notice to Agent is Notice to Principal, Notice to Principal is Notice to Agent.**

**Attention:** Any and all Governments, Municipalities, Cities, Townships, Public Officials, Lending Institutions, brokerage firms, credit unions, depository institutions and insurance agencies, credit bureaus and the aforementioned officers, agents, and employees therein: This is a notice of the law as applicable to your corporate and personal financial liability in the event of any violations upon the rights, privileges and immunities and/or being of Leslie-Ann:Telford also known as Leslie-Ann:Edrington in representation thereof. This Contract being of honor is presented under the "Good Faith (Oxford) Doctrine."

For a Collateral list that is subject to this documentation please see both Security Agreement under Item No.: LAE09131957CSA and SCHEDULE A.

Definitions as they apply to this Contract are enclosed in ATTACHMENT "A", and are included as a legal part of this Contract. Any dispute of any definition will be decided by the Undersigned.

I, of Leslie-Ann:Telford also known as Leslie-Ann:Edrington , Secured Party/Bailee, hereinafter the Undersigned, state the ensuing being of lawful majority age, clear head, and sound mind. All responses, requests and the like henceforth must be presented in writing, signed under penalty of perjury required by your law as shown in this Legal Demand and Notice (hereinafter "Contract"). The law stated herein is for your clarification not an agreement/omission/contract/covenant that the Undersigned has entered or agreed to enter into any foreign jurisdiction.

It has recently come to my attention that the IRS, & the SSA, and the federal courts have willfully been making injurious "presumptions" which prejudice my Constitutional rights by trying to associate me with the "idem sonans", which is the all caps version of my Christian name which is in fact a trust previously associated with a "public office" in the United States government by virtue of the Social Security Number attached to it. Further information is to help clear up any presumptions and set the record straight.

The undersigned tendering this document is a Trustee/Secured Party/ Bailee by fact; not:

| | |
|---|---|
| 1) a Strawman Vessel in Commerce | 1) the "United States of America" |
| 2) Corporate Fiction | 2) the "government of the United States" |
| 3) Legal Entity     of, for, by, or, to | 3) the "State of Texas" |
| 4) *Ens legis* | 4) or to the "UNITED STATES Corporation" |
| 5) Transmitting Utility | |

Legal Notice & Demand        1

Also known as the corporate "UNITED STATES, "Corp. USA", "United States, Inc.", or by whatever name may currently be known or be hereafter named, or any of its subdivisions including but not limited to local, state, federal, and/or international or multinational governments, Corporations, agencies, or sub-Corporations, and any de facto compact (Corporate) commercial STATES contracting therein, including the "STATE OF TEXAS", or by whatever name may currently be known or be hereafter named, and the like.

Further, the undersigned is not:

| | | |
|---|---|---|
| 1) | A citizen within; | to the "UNITED STATES CORPORATION" [28 U.S.C. §3002(15)(A)], also known |
| 2) | surety for: | as the corporate "UNITED STATES, Crop. USA", "United States, Inc", or by |
| 3) | subject of: | whatever name it may currently be known or be hereafter named, (excluding the |
| 4) | an officer of | "united states of America" and the "government of the United States" as created in |
| 5) | and does not owe | the original "Constitution for the united States of America", circa 1787") or any of |
| | a. allegiance | its agencies, or sub-Corporations, including but not limited to any de facto compact |
| | b. fealty, bond | (Corporate) commercial STATES contracting therein, including but not limited to the |
| | c. undertaking | "STATE OF TEXAS" or by whatever name it may currently be known or |
| | d. obligation | hereinafter named (excluding the "Republic of Texas"), and the like. This |
| | e. duty | now being a matter of public recording. |
| | f. tax | |
| | g. Impost | |
| | h. or tribute | |

**The VESSEL in Commerce,** known as LESLIE ANN TELFORD © (initially created as a trust) (also known by identifying numbers 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) by the Government/Parents for the benefit of the Undersigned, Leslie Ann Telford  also known as Leslie Ann Edrington  as beneficiary on 09/12/1956. On Friday, October 29, 2021 a waiver of beneficial position was declared to take up the abandoned post of Trustee/Secured Party/Bailee to manage the affairs of LESLIE ANN TELFORD© for the benefit of beneficiaries for the following reasons:

1) matters are not being handled with efficiency
2) in many respects' matters are not being taken care of at all.
3) usurpation of funds is occurring
4) there is rampant fraud and deceit
5) position of trustee has been left vacant or unconsented

Private Offset Account established at the United States Department of Treasury through a branch of the Federal Reserve Bank will remain in effect from the initial date of creation with current office holder of Secretary of Treasury being provided appointment to trust to continue as fiduciary.

Fraud gives the victim of the fraud the right to terminate his relations to the government:
"Si quis custos fraudem pupillo fecerit, a tutela removendus ets. "If a guardian behaves fraudulently to his ward, he shall be removed from guardianship.
Jenk, Cent, 39 [Bouvier's Maxims of Law, 1856]

The similarity in the names of the Undersigned and the Vessel in Commerce, two distinct and separate legal entities, is a testament to the undeniable propinquity. LESLIE ANN TELFORD©, originally an incorporeal creation of Government/Parents, is dependent upon and only exists because of Leslie-Ann:Telford  also known as Leslie Ann Edrington  a Natural woman exists as a living, breathing, flesh and blood sentient being. The Government, being an incorporeal entity can only engage another incorporeal entity, and not a real flesh and blood human, and therefore the creation of a Vessel in Commerce known commonly as LESLIE ANN TELFORD © was highly advantageous to Government to interface with.

Since the birth of the Undersigned, the Government has utilized the credit and future earning potential of the Undersigned, establishing and operating a Private Offset Account through the use of the Vessel in Commerce, LESLIE ANN TELFORD without the knowledge, consent, or permission of the Undersigned acting to the detriment of the beneficiary Leslie-Ann:Telford also known as Leslie Ann Edrington, against the basic precepts of a trust. During this time the Undersigned has unknowingly been functioning as the manager of the trust, and signing as an authorized representative for the Vessel in Commerce, by signing bank checks, applications for credit and notes on behalf of the Vessel in Commerce. Now, the Undersigned acts knowing not in a beneficial position but as manager/Trustee of the trust. The Undersigned has valid documentation waiving beneficial position for the position of Trustee/Secured Party/Bailee submitted as a matter of public record by which the Undersigned became Trustee/secured party/Bailee to LESLIE ANN TELFORD ©, and has full operating authority.

The Undersigned having full control of Trust revokes all permissions to the Government and/or any political subdivisions/Organizations to use copyrighted TRUST name LESLIE ANN TELFORD © or trust in any fashion except by explicit written request/order in direction otherwise. Said name belongs to Trust in operation by trustees wherein the government/agencies thereof have no control as, Trustee/Secured Party/Bailee having full mental capacity and ability to contract as well as natural right to the Trust and holds a common-law trade-name, trademark, LESLIE ANN TELFORD © as authorized representative (Attorney-In-Fact), as well as established validity of the Power of Attorney by continual non-contested use. The Private Offset Account established in the name of TRUST is the property of TRUST as well as any value that has been deposited in Private Offset Account is the property of TRUST, as any such value was created from the credit thereof.

The Undersigned now tendering this binding Legal Notice and Demand, having hereinabove declared Trustee/Secured Party's/TRUST's proper Legal Status and relation to the "Republic of Texas" and to the said de facto compact (Corporate) commercial STATES, including the "STATE OF TX", or by whatever name it may currently be known or hereafter named, does hereby state that the declarations and statements made herein are the truth, the whole truth and nothing but the truth to the best of Trustee/Secured Party's knowledge. Acknowledged by silence and acquiescence of the TEXAS "SECRETARY OF STATE", also but not limited to any public officers, agents, contractors, assigns, employees, and subsidiaries of said office, regarding the Trustee/Secured Party's "NOTICE and DEMAND", is therefore accepted and agreed to be the truth.

With the silence of Corporate Office "SECRETARY OF STATE" ratifies severances of any nexus or relationship between Trustee/Secured Party/Trust and the said de facto corporate commercial STATE offices; being fraudulently conveyed, operating under "Color of Authority". Let this be known by the "Good Faith (Oxford) Doctrine" to all men and women. The Undersigned nor Trust consent to any warrantless searches, or searches that are not compliant with the "Constitution for the united States of America", all of the Amendments of the Honorable "Bill of Rights", and/or the "Constitution of the State of Texas", whether the Undersigned or Trust's dwellings, cars, land crafts, watercrafts, aircrafts, the Undersigned him/herself and current location, property, hotel rooms, apartments, business records, business, or machinery, vehicles, equipment, supplies, buildings, grounds, land in private possession or control of the Undersigned or Trust, past, present, and future, now and forevermore, so help me God.

This notice is in the nature of a Miranda Warning "Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them. " Take due heed of its contents. If, for any reason, you do not understand any of these statements or warnings, it is incumbent upon you to summon a superior officer, special prosecutor, federal judge, or other competent legal counsel, to immediately explain to you the significance of this presentment as per your duties and obligations in respect to this private formal, notarized, registered Statute Staple Securities Instrument. As per Title 11 USC 50I(a), 502(a), and Federal Rules of Civil Procedure Sections 8-A, and 13-A, the claim or presumption that I, Leslie-Ann:Telford also known as Leslie Ann Edrington or LESLIE ANN TELFORD © (simply know herein as Trust) as afforested am not a citizen within; surety for; subject of; and do not owe allegiance or fealty as afforested to the any of the aforementioned or the like, and herein is forever rebutted by this counterclaim in Admiralty.

By this record let it be known that the Undersigned and Trust do not at any time waive any rights, capacities, privileges, immunities, defenses, or protections, as acknowledged by the "Constitution for the united States of America", the Honorable "Bill of Rights", and/or the "Constitution of the State of Texas", nonetheless, demanding that you protect these as you swore an oath(s) to do so. The Undersigned accepts your lawfully required "Oath(s) of Office," bonds of any type, insurance policies, CAFR funds, and property of any type for protection and making whole. Furthermore, should you witness any public officers at this time, or anytime past, present, or future violate any of the rights, privileges, immunities, defenses, or protections of the Undersigned or the Trust that he/she represents, it is your sworn duty (of oath) to immediately arrest, or have them arrested. You are legally required to charge them as you should any lawbreaker, regardless of officer's title, rank, uniform, cloak, badge, position, stature, or office; or you shall henceforth be accountable for monetary damages from, but not limited to, your monetary liability, your corporate bond, compensatory costs, punitive procurements, and sanctioned by attorney attributions.

NOTE: A true and correct notarized copy of this **Statute Staple Securities** Instrument is on file not only with the Secretary of State's office, but also been delivered to several trusted parties apprising them of the Undersigned's policy of presenting this security instrument to each and every public officer who approaches the Undersigned or the Trust violating the Undersigned and/or Trusts unalienable rights including, but not limited to right of liberty and free movement upon any common pathway of travel. The Undersigned has a lawful right to travel, by whatever means, via land, sea or air, without any officer, agent, employee, attorney, or judge, in any manner willfully causing adverse effects or damages upon the Undersigned by an arrest, detainment, restraint, or deprivation. With regard to any encounter or communication with the de facto compact (Corporate) commercial STATES, including the "STATE OF TEXAS", or by whatever name it may currently be known or be hereafter named, the Undersigned will be granted the status and treatment of a foreign Sovereign, a foreign diplomat, by all customs officials. This document or the deposited copy thereof becomes an evidentiary document certified herein, as if now fully reproduced, should any court action be taken upon the Undersigned as caused by your acts under color of law with you, your officers, and employees.

Take note; you are now monetarily liable in your personal and corporate capacity. The Undersigned, notwithstanding anything to the contrary, abides by all laws in accordance with the "Constitution for the united States of America", the Honorable "Bill of Rights", and/or the "Constitution of the State of Texas" which are applicable to non-domestic, non-assumpsit, non-residents on the sojourn. The Undersigned wishes no harm to any man or woman. You agree to uphold my "Right to Travel".

BE WARNED, NOTICED, AND ADVISED that in addition to the constitutional limits on governmental authority included in the "Constitution for the united States of America", "the Honorable "Bill of Rights", and/or the "Constitution of the State of Texas", the Undersigned relies upon the rights and defenses guaranteed under Uniform Commercial Code(s), common equity law, laws of admiralty, and commercial liens and levies pursuant, but not limited to, Title 42 U.S.C.A.Chapter 21(Civil Rights), Title 18 U.S.C.A. (Criminal Codes), Title 28 U.S.C.A. (Civil Codes), to which you are bound by office and oath, the "Constitution of the State of Texas", and TEXAS penal codes, in as much as they are in compliance with the "Constitution for the united States of America", Bill of Rights, and/or the "Constitution of the State of TEXAS", as applicable. There can be no violation of any of these laws unless there is a victim consisting of a natural flesh and blood man or woman who has been injured. When there is no victim, there is no crime committed or law broken.

Remember in taking a solemn binding oath(s) to protect and defend the original Constitution for the united States of America circa (1787) and/or the Constitution of the State of Texas against all enemies, foreign and domestic. Violation(s) of the said oath(s) is perjury, being a bad-faith doctrine by constructive treason and immoral dishonor. The Undersigned accepts said Oath(s) of Office that you have sworn to uphold.

This legal and timely notice, declaration, and demand is prima facie evidence of sufficient Notice of Grace. The terms and conditions of this presentment agreement are a quasi-contract under the Uniform Commercial Code and Fair Debt Collections Act. These terms and conditions are not subject to any or all immunities that you may claim, should you in any way violate The Undersigned's rights or allow violations by others. Your corporate commercial acts against The

Undersigned or The Undersigned's own and your failures to act on behalf of same, where an obligation to act or not to act exists, are ultra vires and injurious by willful and gross negligence.

The liability is upon you, and/or your superior, and upon, including any and all local, state, regional, federal, multijurisdictional, international, and/or corporate agencies, and/or persons representing or attached to the foregoing, involved directly or indirectly with you via any nexus acting with you; and said liability shall be satisfied jointly and/or severally at The Undersigned's discretion. You are sworn to your Oath(s) of Office, and I accept your Oath(s) of Office and your responsibility to uphold the rights of The Undersigned or The Undersigned's own at all times.

## BILLING COSTS ASSESSED WITH LEVIES AND LIENS AND/OR TORT UPON VIOLATIONS SHALL BE:

**-Unlawful Arrest, Illegal Arrest, Restraint, Distraint or Trespassing/ Trespass**

without a lawful correct and complete 4th amendment warrant: $2,000,000.00 (Two Million) US Dollars, per occurrence per occurrence, per officer, official, agent, or Representative involved.

**-Excessive Bail, Fraudulent Bond, Cruel And Unusual Punishment, Violation of Right To Freedom of Speech, Conspiracy, Aid and Abet, Racketeering, and/or Abuse of Authority**

as per Title 18 U.S.C.A, §241 and §242, or definitions contained herein: $2,000,000.00 (Two Million) US Dollars, per occurrence, per officer, official, agent or Representative involved

**-Assault and Battery with Weapon:**

$3,000,000.00 (Three Million) US Dollars, per occurrence, per officer, agent or Representative involved.

**-Unlawful Distraint, Unlawful Detainer, Or False Imprisonment:**

$5,000,000.00 (Five Million) US Dollars, per day, per occurrence, per occurrence, per officer, official, agent, or Representative, Plus 18% annual interest.

**The Placing of an Unlawful or Improper Lien, Levy, Impoundment, or Garnishment against any funds, bank accounts, savings accounts, retirement funds, investment fund, social security funds, intellectual property, or any other property belonging to the Secured Party by any agency:**

$2,000,000.00 (Two Million) US Dollars per occurrence, and $100,000.00 (One Hundred Thousand) US Dollars per day penalty until liens, levies, impoundments, and/or garnishments is ended and all funds reimbursed and all property returned in in the same condition as it was when taken, with 18% annual interest upon the Secured Party's declared value of property.

**-Assault or Assault and Battery without Weapon**
**-Unfounded Accusations by officer of the court;**
**-Denial and or Abuse of Due Process;**
**-Obstruction of Justice: Reckless Endangerment;**
**Failure to Identify and/or present credentials and/or Failure to Charge within 48 (Forty-Eight) Hours after Being detained;**
**-Counterfeiting Status Staple Security Instruments**
**-Unlawful Detention, or Incarceration;**
**-Incarceration for Civil or Criminal Contempt of court without lawful, documented-in-law, and valid reason;**
**-Disrespect by Judge or Officer of the Court;**
**-Threat, Coercion, Deception or Attempted Deception by any Officer of the court.**
**-Coercing or Attempted Coercion of Trustee/Secured Party/Bailee to take responsibility For the trust against his Will;**

$2,000,000.00 (Two Million) US Dollars per occurrence, per officer, official agent, or Representative involved.

Legal Notice & Demand                    5

**-Destruction, Deprivation, Concealment, Defacing, Alteration, or Theft, of Property**

including buildings, structures, equipment, furniture, fixtures, and supplies belonging to the Secured Party will incur a penalty equal to the total new replacement of costs of property, as indicated by Secured Party, including but not limited to purchase price and labor costs for locating, purchasing, packaging, shipping, handling, transportation, delivery, set up, assembly, installation, tips and fee, permit, replacement of computer information and data, computer hardware and software, computer supplies, office Equipment and supplies, or any other legitimate fees and costs associated with total replacement office equipment and supplies, or any other legitimate fees and costs associated with total replacement of new items of the same type, like kind, and/or quality, and quantity as affected items. The list and description of affected property will be provided by the Secured Party and will be accepted as complete, accurate, and uncontestable by the agency, or Reprehensive there of that caused such harm or deprivation of rights. In addition to the aforementioned cost there will be $200,000.00 (Two Hundred Thousand) US Dollars per day penalty until property is restored in full, beginning on the first day after the occurrence of the incident, as provided by this Contract.

The Undersigned does not grant entrance under any circumstances to enter any property at which the undersigned is located, leasing, owns or controls at any time for any reason without the Undersigned's express written permission

Violation of this Notice will be considered criminal trespass and will be subject to a $2,000,000.00 (Two Million) lawful US Silver dollar penalty plus damages, per violation per violator.

All penalties contained herein will be subject to a penalty increase of $1,000,000.00 (One Million) US Dollars per day, plus interest, while there is any unpaid balance for the first (30) days after Default of payment. This penalty will increase by 10% per each day until balance is paid in full, plus 18% annual interest beginning on the thirty first(31st) day after Default of payment. All penalties in this document are assessed in lawful money and are to be paid in one troy ounce US Silver Dollars that are .999 pure silver or equivalent par values in legal tender or fiat paper money. Par value will be determined by the value established by a one troy ounce .999 purse silver coins at the US MINT or by law, whichever is highest in value at the time of the incident. Any dispute over the par value will be decided by the Undersigned or The Undersigned's designee.

## CAVEAT

The aforementioned charges are billing cost derived from, but not limited to, Uniform Commercial Codes, the Fair Debt Collection Practices Act and this Contract. These charges shall be assessed against persons, governmental bodies, and corporate entities supra, or any combination thereof when they individually and/or collectively violate the Undersigned rights, privileges, capacities, and immunities under the "Constitution for the united States of America", the Honorable "Bill of Rights" and/or "Constitution of the State of Texas", each of which established jurisdiction for you in your normal course of business. All violations against the Undersigned/Trust will be assessed per occurrence, and individually and personally; Representative of any branch of government, agency, or group that is involved in any unlawful action again The Undersigned.

By your actions, carried out to The Undersigned/Trust's harm, said actions being ultra vires of the limits of power properly placed on the exercise of authority and power of such office and made in conflict with your oaths(s) of office or of that of your principal, you shall lack recourse for all claims of immunity in any forum. You're knowing consent and admission perpetrating known acts by your continued ultra vires enterprise is a violation of The Undersigned rights, privileges, capacities, and immunities. This **statute Staple Securities Instrument** exhausts all state maritime Article 1 administrative jurisdictions and protect Article III court remedies as guaranteed in the Constitution for the united States of America, including but not limited to Title 42 U.S.C.A, Title 18 U.S.C.A (including, but not limited to 242 thereof), and Title 28 U.S.C.A. All Rights Reserved.

**IGNORANCE OF THE LAW IS NO EXCUSE**

Legal Notice & Demand                                          6

I, Leslie-Ann:Telford also known as Leslie Ann Edrington , Secured Party/Bailor/Trustee am the principal, and you are the agent. Fail not to adhere to your oath(s), lest you be called to answer before one God and one Supreme Court of Exclusive and Original Jurisdiction, which is the court of the first and last resort, not excluding my "Good Faith Oxford Doctrine" by my conclusive honorable "Bill of Rights"

**This Statute Staple Securities Instrument** is not set forth to threaten, delay, hinder, harass, or obstruct in any manner, but rather to protect guaranteed Rights and Defenses assuring that at no time my Inalienable Rights are ever waiver or taken from the Undersigned against my will by threats, duress, coercion, fraud, or in any case without my express written consent of wavier. None of the statements contained herein intend to threaten or cause any type of physical or other harm to anyone. The statements contained herein are to notice any persons, whether real or corporate, of their potential personal, civil and criminal liability if and when such persons violate The Undersigned Unalienable Rights as protected by the original "Constitution for the united States of America" circa (1787), "Bill Rights" and/or the "Constitution of the State of Texas." A bona fide duplicate of this paperwork is safely archived with those who testify under oath that it is The Undersigned's stated standard policy to ALWAYS present this NOTICE to any public or private, office, official, or agent attempting to violate The Undersigned's rights. It is noted on the record that by implication of said presentment, this notice has been tendered by way of UCC Filing to the SECRETARY OF STATE. Said presentment is prima facie evidence of your receipt and acceptance of this presentment in both your official and personal capacity, jointly and severally for each and all governmental political and corporate bodies. Any other individuals who have been are, or hereafter are involved in any actions now existing or that may arise in the future against The Undersigns shall only correspond to The Undersigned in writing while singing under penalty of perjury pursuant but not limited to Title 28 U.S.C.A 1746.

## SUMMATION

Should you move against The Undersigned in defiance of this presentment, there is no immunity from prosecution available to you, or any of your fellow public officers, officials of government or private corporations, judges, magistrates, district attorney, clerks or any other persons who become involved in any actions now existing or that may arise in the future against The Undersigned or Trust by way of aiding and abetting other actors. Take due heed and govern yourself accordingly. Any or all documents tender to The Undersigned lacking bona-fide ink signatures or dates per Title 18 U.S.C.A 513-524 are counterfeit security instruments causing you to be liable in your corporate and personal capacity by violating any of the rights, constitutional rights, civil rights, privileges, immunities or any terms here in, you agree to willingly, with no reservation of rights and defenses, at the written request of the Undersigned, surrender, including, but not limited to, any and all bonds, public and/or corporate insurance policies; and/or CAFR funds as needed to satisfy and all claims as filed against you by the Undersigned. This applies to any and all Representatives, severally and individually of the "united States of America", the "government of the United States as created in the original Constitution for the united States of America, circa 1787", the "State of Texas", i.e, Republic of Texas", or to your "UNITED STATES CORPORATION" also known as the corporate "UNITED STATES, Corp. USA", "United States, Inc.", or by whatever name same may currently be known or be hereafter named, or any of its subdivisions including but not limited to local, state, federal, and/or international or multinational governments, Corporations, agencies, or sub-Corporations, and any de facto compact (Corporate) commercial STATES contracting therein, including the 'STATE OF TEXAS, or by whatever name same may currently be known or be hereafter named, and the like.

This document cannot be retracted by any Representative, excluding the Undersigned on this registered document, for one hundred years from date notarized on this legally binding **Statute Staple Security Instrument**.

**ATTENTION:**

Unless this is rebutted within the time limit contained herein, and the conditions of the rebuttal are met, you, or any Representative in any capacity of any agency, government, Corporation, or the like, agree to abide by this **Contract** anytime you interact with The Undersigned. This document will be on file in the public record. Your Failure to timely rebut the statements and warnings herein constitute your complete, tacit agreement with all statements and warnings contained herein. Your presumptions that the Undersigned is a "Corporate Fiction" or "Legal Entity" under the

jurisdiction of the "Government of the United States" and/or "UNITED STATES Corporation", and that Undersigned is under the jurisdiction of the "UNITED STATES Corporation" are now and forever rebutted.

Your failure to timely make rebuttal so leaves you in the position of accepting full corporate and personal responsibility for any and all liabilities of monetary damages, as indicated here in, that Undersigned incurs by any adversely affecting injuries caused by your overt, or covert actions, or the actions of any of your fellow public officers and agents in this or any other relevant matters as described herein or related thereto in any manner whatsoever. You have Thirty (30) days, from the date of receipt of these documents by the Secretary of State's office, to respond and rebut the presumptions of any portion or this entire document/Contract, or you stand in total agreement to each and every statement made herein, by submitting to the Undersigned:

1) Signed, certified, authenticated documents of the law that rebut these declarations point by point
2) In written form with legal/lawful, verified, certified documentation in law, with copies of said law enclosed.
3) Parties making rebuttals to this agreement must print or type their full name and sign their rebuttal in blue ink.
4) Must be accompanied with a copy of proper identification for the person making the rebuttal, such as a driver's license, passport, or birth certificate, a copy of the person's badge and/or other identification that signifies that person's official capacity, and provide the following information:
   a. Full legal name
   b. Address
   c. Name of department, bureau, agency, or Corporation by which the person is employed or acts as a Representative
   d. Supervisor's name and mailing address
6) Certified copy of oath(s) of office if such is required by law;
7) If the person is required by law to be bonded
   a. A certified copy of the person's official bond
   b. Name, address, and phone number of the bonding company;
8) If covered by a corporate insurance policy
   a. A certified copy of the CAFR policy
   b. The name, address and phone number of the insurance company
9) If a beneficiary of a CAFR
   a. A certified copy of the CAFR policy
   b. The name, address and phone number of the administrator
10) This documentation must be provided on and For the Record under penalties of the law including perjury.

**Note: Non-response and not acting on this notice can and most likely will result in the following crimes: 18 U.S.C 911 impersonating a U.S citizen, 18 U.S.C. 912, impersonating a public officer. Under 18 U.S.C 3 and 4, you as the non-responder will be liable for misprision of felony and accessory after the fact in protecting the crimes that would result from inaction on your part. Partial response without rebuttal is agreement. Any points left unrebutted are points in agreement.** Ignorance of the law is no excuse. Therefore, the Constitution places the burden of proof back upon the government, as required by the Administrative Procedures Act, 5 U.S.C 556(d).

**ALL OTHER CORPORATIONS** not limited to: telephone companies, cable companies, utility companies, contractors, builders, maintenance personnel, investors, journeymen, inspectors, law enforcement officers, officers of the court, manufacturers, wholesalers, retailers, and all others including all persons natural or fictional, including, but not limited to corporations, limited liability companies, limited labilities partnerships, limited and general partnerships, trusts, foundations, DBAs, and AKAs are bound by all paragraphs, terms, and conditions herein, regardless of the nature of limited liability corporations(s) or affiliations such as "DBA's", "AKA's," incorporations, or any types of business in commerce as deeded by this securities agreement and decree.

**YOU ARE FINALLY NOTICED,** having been given knowledge of the law and your personal financial liability in event of any violations of The Undersigned's rights and/or being. This **Statute Staple Securities Instrument** now in your hand constitutes timely and sufficient warning by good faith notice and grace regardless of your political affirmations.

**Additional Rights and Defenses – Twenty-Five sovereign "people" Magna Carta Grand Jury:** In addition to any other rights or defenses that are afforded to The Undersigned by right and by this Contract, the Undersigned has the right to appeal to "Twenty-Five sovereign "People" Magna Carta Grand Jury" for the restoration of property, liberties or rights which The Undersigned has been dispossessed by an "Oppressing Government" or it's Representatives. If The Undersigned shall have been dispossessed by the "united States of America", the "government of the United States", the "State of Texas", or the "UNITED STATES Corporation", or any Representative thereof without a legal verdict of the Undersigned's Peers of the Undersigned's property, liberties, or rights, even if such taking was by way of lien, levy, attachment, or garnishment, the Oppressing Government Representative thereof fail to restore the property, liberties, or rights of which the Undersigned has been dispossessed, then the Undersigned may by right bring the matter before four of the sovereign "People" asking for relief from the transgressions of the Oppressing Government or Representative thereof. The four sovereign "People" shall petition the Oppressing Government for a redress of grievances, showing to the Oppressing Government its error, and asking the Oppressing Government to cause that error to be amended without delay. Should the Oppressing Government not amend that error within a term of forty (40) days from the time when the petition for redress of grievances is presented to the Oppressing Government, the four sovereign "People" shall refer the matter to the remainder of the "Twenty-Five sovereign "People" Magna Carta Grand Jury" and they shall distrain and oppress the Oppressing Government and its Representative by taking their property and possessions in every way that they can, until amends shall have been made according to their judgement. Any citizen of the united States of America, the United States, or of the several States may swear to assist in carrying out the judgement of the "Twenty-Five sovereign "People" Magna Carta Grand Jury", and with them, any such citizen may take the property and possessions of the Oppressing Government. If any citizens be unwilling to swear to assist in carrying out the judgement of the "Twenty-Five sovereign "People" Magna Carta Grand Jury", the "Twenty-Five sovereign "People" Magna Carta Grand Jury" shall make them to swear by the mandate of the "Twenty-Five sovereign "People" Magna Carta Grand Jury". At all times the decision of a majority of the "Twenty-Five shall be considered binding and valid on the whole. And the aforesaid Twenty-Five shall swear that they will faithfully observe all the foregoing, and will cause them to be observed to the extent of their power. The Oppressing Government or representative shall obtain nothing from anyone, either through itself or through another, by which the power of the "Twenty-Five sovereign "People" Magna Carta Grand Jury" may be revoked or diminished. And if any such thing shall have been obtained, it shall be vain and invalid, and the offending government or representative shall never make use of it either through itself or through another. The judgement of the "Twenty-Five sovereign "People" Magna Carta Grand Jury", both by rule of law longtime standing and by the terms of this Contract, shall not be overturned by the court, as there is no higher court in the realm.

## NOTICE to CLERK AND RECORDER

**Pursuant** to Title 18 U.S.C., chapter 101 2071)b), "Whoever, having the custody of any such record, proceeding, map, book, document, paper or another thing, willfully and unlawfully conceals, removes, mutilates, obliterates, falsifies, or destroys the same, shall be fined under this title or imprisoned not more than three years, or both and shall forfeit his office and be shall disqualified from holding any office under the United States."

**NOTICE TO AGENT IS NOTICE TO PRINCIPAL AND NOTICE TO PRINCIPAL IS NOTICE TO AGENT**

LS: _Leslie Ann Edrington_
Leslie Ann Edrington

Notice

Using a notary on this document does not constitute any adhesion, nor does it alter my status in any manner. The purpose for notary is verification and identification only and not for entrance into any foreign jurisdiction,

Jurat

Texas state            )
                       )   SS:
~~Montgomery County~~    )
Collin

Leslie Ann Edrington, known by Me or made known for Me by proper identification and duly sworn and subscribed in My presence this 4ᵗʰ day of ___November___ 2021.

_Penny A Cummings_ Notary Signature

Notary Address 224 W. Campbell Rd
STE 218
Richardson, TX 75080

PENNY A. CUMMINGS
Notary Public, State of Texas
Comm. Expires 05-07-2024
Notary ID 132463309

_____ Seal

My Notary Expires   05/07/2024

Legal Notice & Demand                    10

# EXHIBIT B

**POWER OF ATTORNEY**

INTERNATIONAL  - U.S. FORM

## POWER OF ATTORNEY

This Power of Attorney is given on this 23 day of JANUARY 2022 by
LESLIE ANN EDRINGTON of 4014 HIDDEN WINDS DR. SPRING TX 77386,
USA, (Principal address, city & state, country)

I appoint the following person: ROBERT PAUL DUNLAP, (Name of attorney, agency)
of: 102 NE 2nd St. STE 923, Boca Raton, FL, 33432
(Address of attorney or agency)

To be my true and lawful attorney and give and grant said attorney full power and authority to do
and perform on my behalf all and every act and anything necessary for the specific and limited
purpose only of obtaining support/maintenance for *anything he deems necessary*

*Leslie Edrington*
(principal's signature)


**CERTIFICATION/VERIFICATION REQUIREMENTS:**
- Countries Other than the U.S.: This document must be executed in accordance with local law.
- For Use by US Tribunals/Agencies Only: This Power of Attorney must be notarized.

The foregoing instrument was acknowledged by me this 26 day of January
20 22 by: Mechelle Hogan

who is/are personally known by me or who has/have produced _____
as identification and who did not take an oath.

Tarrant, TX                    Mechelle Hogan                    1-31-2024
County, State                  Notary Public                      Commission Expires

SEAL:

MECHELLE HOGAN
NOTARY PUBLIC
STATE OF TEXAS
ID# 3035414
EXPIRES 1-31-2024

POWER OF ATTORNEY - INTERNATIONAL (3/2004)                    PAGE 1 OF 1